O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA HAMMOND,<br><br>           Plaintiff,<br><br>  v.<br><br>LYNWOOD UNIFIED SCHOOL DISTRICT, RACHEL CHAVEZ, MARTINA RODRIGUEZ, MARIA LOPEZ, JOSE LUIS SOLACHES, ALFONSO MORALES, GUADALUPE RODRIGUEZ, DHYAN LAL; ROBERTO CASES; DIANE LUCAS, ANIM MENER, MALCOLM BUTLER,<br><br>           Defendants. | Case No. CV 07-05039 DDP (CTx)<br><br>**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR RECONSIDERATION**<br><br>[Motion filed on May 31, 2008] |

On April 7, 2008, the Court granted Defendants' motion to dismiss Plaintiff Hammond's First Amended Complaint. Plaintiff now moves for reconsideration of one part of that order; she argues that the Court erroneously dismissed the entire First Cause of Action, which charges racial discrimination under California's Fair Employment and Housing Act ("FEHA"). The Court agrees that while FEHA claims may not be brought against the individual defendants, Defendant Lynwood Unified School District is a proper Defendant to this claim. Furthermore, Defendants have not opposed this motion.

Accordingly, the Court GRANTS Plaintiff's motion to reconsider to the following extent: Count 1 is dismissed insofar as it brings a FEHA claim against individual defendants, but it survives insofar as it charges the school district.

Plaintiff Hammond may file an amended complaint within ten (10) days of the filing of this order.

IT IS SO ORDERED.

Dated: July 18, 2008

_____
DEAN D. PREGERSON
United States District Judge