JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA HAMMOND,<br><br>    Plaintiff,<br><br>  vs.<br><br>LYNWOOD UNIFIED SCHOOL DISTRICT, RACHEL CHAVEZ, MARTINA RODRIGUEZ, MARIA LOPEZ; JOSE LUIS SOLACHE, ALFONSO MORALES, GUADALUPE RODRIGUEZ, DHYAN LAL; ROBERTO CASAS; DIANE LUCAS; ANIM MENER; MALCOLM BUTLER,<br><br>    Defendants. | NO.: CV 07-05039 DDP (CTx)<br><br>**JUDGMENT** |

This action came on for hearing before the Court, on November 24, 2008, Hon. Dean D. Pregerson, District Judge Presiding, on a Motion for Summary Judgment, and the evidence presented having been fully considered, the issues having been duly heard and a decision having been duly rendered,

IT IS ORDERED AND ADJUDGED that the plaintiff takes nothing and that the action be dismissed on the merits.

DATED: January 05, 2009

By: _____
United States District Judge

1
[PROPOSED] JUDGMENT